157 A.3d 835

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. ESTEBAN MORALES, DEFENDANT–PETITIONER.

December 2, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000039–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

157 A.3d 836

TIMOTHY M. MCCORMACK, PLAINTIFF, v. YAJIE XIE, DEFENDANT-PETITIONER.

December 2, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000939–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.